IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-182-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CARLOS WENDELL GARRETT, ) | |
| ) | |
| Defendant. ) | |

Defense counsel shall file a response to defendant's motions [D.E. 64, 65, 66] not later than December 13, 2024.

SO ORDERED. This 5 day of December, 2022.

JAMES C. DEVER III
United States District Judge