IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-182-D

UNITED STATES OF AMERICA )
)
v. )                                 ORDER
)
CARLOS WENDELL GARRETT, )
)
Defendant. )

In light of counsel's response [D.E. 68], the court DENIES as meritless defendant's

motions to compel [D.E. 64, 65, 66].

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge
